USDC SCAN INDEX SHEET










TKL   11/15/02   15:06

3:02-CV-01647   CELTERRA NORTH V. TROWBRIDGE

*10*

*O.*

FILED

02 NOV 15 PM 2:48

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

cal SC

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTERRA NORTH AMERICA, INC., a Delaware Corporation,<br><br>        Plaintiff,<br>v.<br><br>J. BENJAMIN TROWBRIDGE, and DOES 1 through 10,<br><br>        Defendants. | Civil No. 02cv1647 K (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On November 15, 2002, the Court convened a telephonic Case Management Conference in the above entitled action. Appearing were Stacy Coleman, Esq. on behalf of plaintiff and Linda Deacon, Esq. on behalf of defendant.

Counsel report that their clients have reached a settlement of the case and they are now in the process of preparing documents. It is anticipated that four to six weeks will be required to complete documentation of the settlement. Based thereon, the Court sets a telephonic Settlement Status Conference for *January 8, 2003 at 9:30 a.m.* Ms. Coleman will initiate the call.

If a dismissal of the action is tendered to the Court before the next court date and Judge Battaglia's chambers are so notified, the next conference will be taken off calendar. If the intervening holidays make it impractical for completion of the settlement and counsel jointly desire to continue the



02cv1647

1 | next conference for a reasonable period to avoid additional expense, they should contact the Court no
2 | later than *January 6, 2003.*
3 |     IT IS SO ORDERED.
4 | Dated: _11/15/02_

                              ANTHONY J. BATTAGLIA
                              United States Magistrate Judge

cc: Judge Keep
    All Counsel of Record