















```
CAG    1/8/03    15:43
3:02-CV-01647    CELTERRA NORTH V. TROWBRIDGE
*11*
*O.*
```

FILED
03 JAN -8 PM 2:21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTERRA NORTH AMERICA, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> J. BENJAMIN TROWBRIDGE, and DOES 1 through 10, <br><br> Defendants. | Civil No. 02cv1647 K (AJB) <br><br> Order Continuing Telephonic Settlement Status Conference |

Counsel notified the Court telephonically that they are in the process of drafting settlement documents in this case, and requested an additional extension of time to bring this case to a conclusion. Based thereon, the telephonic Settlement Status Conference before Magistrate Judge Battaglia is hereby continued from January 8 to **February 10, 2003 at 10:30 a.m.** unless a Stipulation of Dismissal has been filed, and a copy provided to Magistrate Judge Battaglia's chambers, prior to that time. No further continuances shall be granted absent exceptional circumstances.

IT IS SO ORDERED.

Dated: 1/7/03

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Keep
    All Counsel of Record

K:\COMMON\BATTAGLI\CASES\CELTERRA\ORDER 107

02cv1647