















```
CAG    2/10/03    13:00
3:02-CV-01647    CELTERRA NORTH V. TROWBRIDGE
*12*
*O.*
```

FILED

03 FEB 10 AM 10:56

CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF C...

BY: _____ DEPUTY

cal ____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTERRA NORTH AMERICA, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> J. BENJAMIN TROWBRIDGE, and DOES 1 through 10, <br><br> Defendants. | Civil No. 02cv1647 K (AJB) <br><br> ORDER VACATING SETTLEMENT STATUS CONFERENCE |

Pursuant to information provided by counsel that this case has settled, the February 10, 2003 telephonic Settlement Status Conference is hereby vacated. Accordingly, a Settlement Disposition Conference will be held on *February 21, 2003, at 9:00 a.m.* in the chambers of Magistrate Judge Battaglia unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge Battaglia prior to that time**. If a copy of a signed stipulation cannot be provided to the chambers of Magistrate Judge Battaglia on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Battaglia **at least one**

///
///
///
///

02cv1647

1 | **court day before** the date indicated above, to explain the reasons therefor. **Monetary sanctions shall**
2 | **be imposed for failure to comply with this order**.
3 |     IT IS SO ORDERED.
4 | Dated: 2/7/03

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Keep
    All Counsel of Record